116 F.3d 468
 Carissa Fulginiti, by Her Parents and Next Friends, Sam
Fulginiti, Judith Fulginiti, Sam Fulginiti, as
Parents of Carissa Fulginiti, Judith
Fulginiti, as Parents of
Carissa Fulginiti
v.
Roxbury Township Public Schools, Leonard Elovitz, PH.D., as
Superintendent of Roxbury Township Public Schools, Alan
Lichtenstien, as Director of Special Services of Roxbury
Township Public Schools, Marvin Meek, Karen Regis, Barbara
Dawson, Robert Bednarcik, Edward Hill,
 NO. 96-5300
 United States Court of Appeals,
Third Circuit.
 May 06, 1997
 
 1
 Appeal From: D.N.J. ,No.94-cv-01025 ,
 
 921 F.Supp. 1320
 
 2
 Affirmed.